```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 05772
   DONNETTA D CHUKWU
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-6038


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/31/07 .

   2.  The case was dismissed without confirmation, 07/13/2007.

   3.  The Debtor paid a total of $    300.00 .

------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
ACCOUNT MANAGEMENT SERV    UNSECURED      NOT FILED             .00            .00
AMERICAN COLLECTION        UNSECURED      NOT FILED             .00            .00
ANDERSON FIN NETWORK       UNSECURED      NOT FILED             .00            .00
ARMOR SYSTEMS              UNSECURED      NOT FILED             .00            .00
ARMOR SYSTEMS              UNSECURED      NOT FILED             .00            .00
ARMOR SYSTEMS              UNSECURED      NOT FILED             .00            .00
ASPIRE                     UNSECURED      NOT FILED             .00            .00
CB USA INC                 UNSECURED      NOT FILED             .00            .00
CITY OF CHICAGO            UNSECURED      NOT FILED             .00            .00
CCS INC                    UNSECURED      NOT FILED             .00            .00
CREDIT PROTECTION ASSOC    UNSECURED      NOT FILED             .00            .00
CREDIT BUREAU OF COLUMBU   UNSECURED      NOT FILED             .00            .00
CREDIT COLLECTION SERVIC   UNSECURED      NOT FILED             .00            .00
CREDIT COLLECTION SERVIC   UNSECURED      NOT FILED             .00            .00
GREENWICH FINANCE          UNSECURED      NOT FILED             .00            .00
HARVARD COLLECTION SERVI   UNSECURED      NOT FILED             .00            .00
ICS INC                    UNSECURED      NOT FILED             .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED      NOT FILED             .00            .00
KCA FINANCIAL              UNSECURED      NOT FILED             .00            .00
KEYNOTE CONSULTING INC     UNSECURED      NOT FILED             .00            .00
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
LVNV FUNDING               UNSECURED      NOT FILED             .00            .00
MEDICAL DATA SYSTEMS       UNSECURED      NOT FILED             .00            .00
MIDLAND CREDIT MGMT        UNSECURED      NOT FILED             .00            .00
NCO FINANCIAL              UNSECURED      NOT FILED             .00            .00
NCO FINANCIAL              UNSECURED      NOT FILED             .00            .00
NCO FINANCIAL              UNSECURED      NOT FILED             .00            .00
PARK DANSAN                UNSECURED      NOT FILED             .00            .00
PELLETTIERI & ASSOC        UNSECURED      NOT FILED             .00            .00
PLAINS COMMERCE BANK       UNSECURED      NOT FILED             .00            .00
```

```
REVENUE CYCL               UNSECURED         NOT FILED              .00            .00
SHERMAN ACQUISITION        UNSECURED         NOT FILED              .00            .00
US DEPARTMENT OF EDUCATI   UNSECURED         NOT FILED              .00            .00
      Summary of disbursements:
----------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00          .00          .00           .00
PRINCIPAL PAID          .00           .00          .00          .00           .00
INTEREST PAID           .00           .00          .00          .00           .00
TOTAL PAID              .00           .00          .00          .00           .00
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC    , was allowed $   2500.00
and was paid $    16.00   direct and $      .00  through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $    300.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 10/09/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
              CASE NO. 07 B 05772 DONNETTA D CHUKWU